**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2720**

---

GROVER L. DRUMMOND,

Plaintiff - Appellant,

versus

STATE OF MARYLAND,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-97-3724-S)

---

Submitted: February 26, 1997      Decided: March 16, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Grover L. Drummond, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief in his civil rights complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Drummond v. Maryland</u>, No. CA-97-3724-S (D. Md. Nov. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2